MEMO ENDORSED

Case 1:22-cv-03606-VEC   Document 21   Filed 11/21/22   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

ROWDY BEVERAGE, INC.,

                Defendant.

------------------------------------x

Case No. 1:22-cv-03606-VEC

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed without prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  November 18, 2022

**MIZRAHI KROUB LLP**

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: November 18, 2022

**DENTONS US LLP (NY)**

_____

Karla Del Pozo García
1221 Avenue of the Americas
New York, NY 10020
212-768-5328
Email: karla.delpozogarcia@dentons.com

*Attorney for Defendant*

---

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

11/21/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

2